**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Christopher MITCHELL, a/k/a Hassan Jones, Defendant—Appellant.**

**No. 09–7006.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 20, 2009.

Decided: Aug. 27, 2009.

Christopher Mitchell, Appellant Pro Se. John J. Frail, Assistant United States Attorney, Charleston, West Virginia, for Appellee.

Before WILKINSON and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Mitchell appeals the district court's order granting in part and denying in part his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Mitchell*, No. 2:90–cr–00020–2, 2009 WL 1290168 (S.D.W.Va. May 8, 2009). We deny Mitchell's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*